IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02342-PAB-KMT

MICKEY THRASHER and
KIMBERLY CYR, on behalf of
themselves and all others similarly situated,

    Plaintiffs,

v.

ROCKY MOUNTAIN AUTO BROKERS, INC.,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 23] of Chief United States District Judge Philip A. Brimmer entered on September 25, 2019, it is

ORDERED that Defendant's Motion to Set Aside Entry of Default and to Dismiss for Lack of Subject Matter Jurisdiction [Docket No. 15] is **GRANTED.** It is further

ORDERED that the complaint [Docket No. 1] is **DISMISSED.** It is further

ORDERED that judgment is hereby entered in favor of defendant, Rocky Mountain Auto Brokers, Inc., and against plaintiffs, Mickey Thrasher and Kimberly Cyr, on behalf of themselves and all others similarly situated. It is further

ORDERED that defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 3rd day of October, 2019.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ Robert R. Keech
　　Deputy Clerk